**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Hassane Fam,

Petitioner,

v.

Kevin Raycraft, Field Office Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement; Angela Dunbar, Warden, North Lake Processing Center; Markwayne Mullin, Secretary, U.S. Department of Homeland Security; U.S. Department of Homeland Security; Todd Blanche, Acting U.S. Attorney General; and Executive Office for Immigration Review.

Respondents.

Case No. 26-cv-12099

Honorable Brandy R. McMillion
Mag. Judge Patricia T. Morris

---

**STIPULATED ORDER OF VOLUNTARY DISMISSAL**

---

By stipulation of the parties and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is voluntarily **DISMISSED WITHOUT PREJUDICE**. Each party shall bear their own fees and costs.

**IT IS SO ORDERED.**

s/Brandy R. McMillion
Brandy R. McMillion
United States District Judge

Dated: June 30, 2026

So stipulated and agreed to by:

Massey & Gail LLP

*/s/ Austin Martin (w/ consent)*
Austin S. Martin
1000 Maine Ave. SW
Suite 400
Washington, DC 20024
amartin@masseygail.com
(202) 652-4511

*Attorneys for Petitioner*

Date: June 29, 2026

Jerome F. Gorgon Jr.
United States Attorney

*/s/ Zak Toomey*
Zak Toomey (MO 61618)
Assistant United States Attorney
Attorney for Respondent
211 W. Fort St., Ste. 2001
Detroit, MI 48226
(313) 226-9617
zak.toomey@usdoj.gov

*Attorneys for Respondents*

Date: June 29, 2026